United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MCNEAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 20-cv-00077-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the initial scheduling order for this review of the Commissioner's decision to deny plaintiff Social Security payments, plaintiff's motion for summary judgment or remand was due "within 28 days of service of defendant's answer" to plaintiff's complaint. Dkt. 3. Defendant's answer, including a certificate of service, appeared on the docket on May 27, 2020, but plaintiff still has yet to file any motion. Plaintiff is therefore ordered to file a declaration showing good cause why this action should not be dismissed—or, in the alternative, a motion for summary judgment or remand—within 45 days of this order. Plaintiff is further admonished that non-compliance with this order may result in dismissal of this action for failure to prosecute.

Should plaintiff wish to seek free legal advice, he may do so by calling the Federal Pro Bono Project at 415-782-8982. The Project is also available by email, at fedpro@sfbar.org. Through the Project, litigants such as the plaintiff can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: September 25, 2020

_____
RICHARD SEEBORG
United States District Judge